# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

MICHAEL MCEVOY, on behalf of himself and others similarly situated,

    Plaintiff,

v.

Case No. 3:17-cv-891-J-32MCR

APOLLO GLOBAL MANAGEMENT, LLC, a Delaware limited liability company, APOLLO MANAGEMENT VI, L.P., a Delaware limited partnership, and CEVA GROUP, PLC,

    Defendants.

---

## NOTICE OF HEARING

**TAKE NOTICE** that this case is hereby **SET** for an in-person **HEARING** on Apollo Defendants' Motion to Dismiss (Doc. 54) and CEVA Group Plc's Motion to Dismiss the Class Action Complaint (Doc. 55) on **December 3, 2019** at **10:00 AM** before the Honorable Timothy J. Corrigan, United States District Judge, in the United States Courthouse, Courtroom 10D, 300 North Hogan Street, Jacksonville, Florida.[1]

---

[1] All persons entering the Courthouse must present photo identification to Court Security Officers. Although cell phones, laptop computers, and similar

**DATED** this 28th day of October, 2019.

                                                               TIMOTHY J. CORRIGAN
                                                               United States District Judge

                                                               By: /s/Susan Jacoby
                                                               Susan Jacoby
                                                               Law Clerk
                                                               (904) 549-1300

Copies to:
Counsel of record

---

electronic devices are not generally allowed in the building, counsel are permitted to bring those items with them upon presentation to Court Security Officers of a Florida Bar card or Order of special admission pro hac vice.